UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

W.E.T. AUTOMOTIVE SYSTEMS
LTD., *et al.*,
    Plaintiffs,

             Case No.  2:13-cv-11536
v.             District Judge Arthur J. Tarnow
             Magistrate Judge Anthony P. Patti

IGB AUTOMOTIVE, LTD.,

    Defendant.

_____/

## ORDER ON TELEPHONIC DISCOVERY CONFERENCE

  Plaintiff, Gentherm Canada, Ltd. ("Gentherm"), filed a Motion to Compel Discovery on November 10, 2014.  (DE 39.)  Defendant IGB Automotive, Ltd. ("IGB"), filed its Response on December 11, 2014 and a supplemental brief on December 12, 2014.  (DE 45 and 46.)  Judge Tarnow referred this Motion to me on March 4, 2014.  (DE 54.)

  Counsel for the parties came before me on a telephonic status conference on March 18, 2015, with respect to the pending motion to compel discovery.  The parties were given an opportunity to give the Court some background and to explain the procedural posture of the pending motion.  Defendant noted that it

1

takes issue with some of Plaintiff Gentherm's outstanding discovery responses and may be filing a motion to compel discovery of its own.

As discussed in the telephonic conference, the Court orders as follows:

(1) The pending motion to compel discovery (DE 39) is set for hearing on **MONDAY, APRIL 6, 2015 at 10:00 A.M.** At minimum, both parties' local counsel are required to attend the hearing in person.

(2) In accordance with my practice guidelines and E.D. Mich. LR 37.1, both parties are required to meet and confer beforehand in an attempt to resolve or narrow the disputed issues. If the meet and confer conference is attended by local counsel for more than one opposing party, they are required to meet and confer face-to-face; out-of-state counsel may participate in the meet and confer conference (with or without the participation of their respective local counsel) by videoconference.

(3) If the matter is not resolved at the meet and confer conference, the parties must file a Joint List of Unresolved Issues **ON OR BEFORE APRIL 2, 2015**, by close of business, i.e., 5:00 P.M. Eastern Standard Time.

(4) The parties are directed to review my Discovery practice guideline carefully throughout the process.

(5) Finally, if Defendant files its own Motion to Compel, that motion will be considered separately from Plaintiff Gentherm's currently pending Motion.

**IT IS SO ORDERED.**

Dated: March 18, 2015              s/Anthony P. Patti
                                   Anthony P. Patti
                                   UNITED STATES MAGISTRATE JUDGE

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on March 18, 2015, electronically and/or by U.S. Mail.

        s/Michael Williams
        Case Manager for the
        Honorable Anthony P. Patti
        (313) 234-5200