UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

W.E.T. AUTOMOTIVE SYSTEMS
LTD., *et al.*,

        Plaintiffs,

v.

        Case No.  2:13-cv-11536
        District Judge Arthur J. Tarnow
        Magistrate Judge Anthony P. Patti

IGB AUTOMOTIVE, LTD.,

        Defendant.

_____/

## ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL (DE 64 AND 65)[1]

Plaintiff, Gentherm Canada, Ltd. ("Gentherm"), filed a motion to compel discovery on October 19, 2015.  (DE 64 and 65.)  Defendant IGB Automotive, Ltd. ("IGB"), filed its response on November 5, 2015 (DE 69) and Gentherm filed its reply on November 16, 2015 (DE 72 and 73).   Judge Tarnow referred the motion to me on October 20, 2015.  (DE 66.)

The matter came before me for a hearing on December 9, 2015.  For the reasons stated on the record, Gentherm's motion is **GRANTED IN PART AND DENIED IN PART**.  IGB is accordingly **ORDERED** to comply with the following:

---

[1] Plaintiff filed both an unsealed (DE 64) and sealed (DE 65) version of its motion.

1. Answer and fully respond to Gentherm's Interrogatory Number 17 with respect to all of its seating comfort products, in addition to what has already been provided as to the accused products.

2. Provide a limited response to Gentherm's Interrogatory Number 17 with respect to its steering wheel comfort products. Specifically, IGB shall provide the annual percentage of sales increases/decreases of its steering wheel comfort products sold to Lear Corp. and GM from January 2011 through the present.

   **IT IS SO ORDERED.**


Dated: December 9, 2015              s/Anthony P. Patti
                                     Anthony P. Patti
                                     UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on December 9, 2015, electronically and/or by U.S. Mail.

                                     s/Michael Williams
                                     Case Manager to the
                                     Honorable Anthony P. Patti